UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEN HILL, #232781                          No. 08-13852

       Plaintiff,                      District Judge George Caram Steeh

v.                                            Magistrate Judge R. Steven Whalen

K. GREEN, et.al.,

       Defendants.
_____ /

## AMENDED ORDER

(**Amended as to Correcting Typographical Error**)

Defendants Denise, Dunaj, Green, Ignasiak and VanAcker have moved for an extension of 60 days to file a response to Plaintiff's complaint [Docket #13].

Defendants have waived service pursuant to Fed.R.Civ.P. 4(d). The request for waiver was sent on October 31, 2008; therefore, a response is due 60 days from that date, on December 30, 2008. *See* Fed.R.Civ.P. 12(a)(1)(B).

Having reviewed Defendants' motion, and being fully advised, the request for a 60-day extension is GRANTED. Defendants shall file a responsive pleading on or before March 2, 2009.

    SO ORDERED

                              S/R. Steven Whalen

R. STEVEN WHALEN

UNITED STATES MAGISTRATE JUDGE

Dated: December 17, 2008

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on December 17, 2008.

S/G. Wilson

Judicial Assistant